# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1100
_____

ANTHONY JEAN,

   Appellant,

   v.

STATE OF FLORIDA, FLORIDA
DEPARTMENT OF CORRECTIONS,
GREG GODWIN, Clerk of Court in
and for the 3rd Judicial Circuit,
Hamilton County, Florida,

   Appellees.

_____

On appeal from the Circuit Court for Hamilton County.
Mark Feagle, Judge.


June 18, 2026

PER CURIAM.

   DISMISSED.

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

―――――――――――――――――――

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

―――――――――――――――――――

Anthony Jean, pro se, Appellant.

No appearance for Appellees.